UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

CHRISSIE LAFORGE

No. 1:23-

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Possession with Intent to Distribute Fentanyl and Cocaine Base; Aiding and Abetting)

On about July 17, 2020, in the District of Maine, the defendant

CHRISSIE LAFORGE

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (also known as fentanyl), a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base (also known as crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and did aid and abet such conduct, in violation of Title 18, United States Code, Section 2.

Date: March 17, 2023

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

BY: */s/ Nicholas Heimbach*
Nicholas Heimbach
Assistant United States Attorney