## Synopsis

| | |
|---|---|
| **Name:** | Chrissie LaForge |
| **Address:** (City & State Only) | Winsted, Connecticut |
| **Year of Birth and Age:** | 1980, 42 years of age |
| **Violations:** | Possession with Intent to Distribute fentanyl and cocaine base. See 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C). |
| **Penalties:** | Not more than 20 years, a fine of $1,000,000, or both. See 21 U.S.C. § 841(b)(1)(C). |
| **Supervised Release:** | 3 years minimum and up to life. See 21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Up to 2 years per violation. See 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Up to life, less any term of imprisonment imposed upon revocation. See 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Matthew Morgan, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DEA- S/A Scott Rochefort |
| **Detention Status:** | Notice to Counsel. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Franklin County |
| **AUSA:** | Nicholas Heimbach |
| **Guidelines apply?   Y/N** | Y |
| **Victim Case:** | N |
| **Corporate Victims Owed Restitution?** | N |

| Y/N | |
| --- | --- |
| **Assessments:** | $100.00 per count. |