# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:23-cr-00024-LEW |
| | ) | |
| CHRISSIE LAFORGE | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PLEA

NOW COMES Defendant, by and through undersigned counsel, and hereby moves to continue this matter and states as follows.

Defendant has an important personal matter that must be addressed in Connecticut. Counsel was unaware of the timing of this matter until very recently and filed this Motion as soon as practically possible.

Counsel for Defendant has discussed this important personal matter with the attorney for the Government. The Government does not object to this Motion to Continue. This is the first request to continue this matter.

Defendant respectfully requests a new plea date no sooner than June 15, 2023.

Date: May 5, 2023                    /s/ Matthew D. Morgan

                                                                               Matthew D. Morgan, Esq.
                                                                               Attorney for Defendant
                                                                               McKee Law, LLC, P.A.
                                                                               133 State Street
                                                                               Augusta, ME 04330
                                                                               (207) 620-8294
                                                                               mmorgan@mckeelawmaine.com

## CERTIFICATE OF SERVICE

I, Matthew D. Morgan, do hereby certify that, on the above date, I made service of the above document by electronically filing the same using the Court's MaineECFIntake@med.uscourts.gov electronic mail service and copying the U.S. Attorney's Office.

Date: May 5, 2023 /s/ Matthew D. Morgan
Matthew D. Morgan, ME Bar # 5044