UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. CHRISSIE LAFORGE

DOCKET NO: 1:23-cr-00024-LEW

PROCEEDING TYPE: 6/5/2023 Waiver of Indictment, IA, Arraignment, Bond Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | Letter from Rachel Dalton, MA, LCSW / Gengyun Wen, MD | 6/5/2023 | 6/5/2023 | | 6/5/2023 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |